IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARRY TRYNELL DAVIS, JR.,
    Plaintiff,

vs.                                          Case No.:  3:14cv545/LAC/EMT

WALTON COUNTY DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 12, 2015 (ECF No. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff did not file objections per se, but he did file a "Motion for Leave" to amend the complaint (ECF No. 12), which I have considered as if they were objections.

Having considered the Report and Recommendation, and the construed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk is directed to close this file.

**ORDERED** on this 14th day of January, 2016.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge